UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                            Hon. Janet T. Neff

v.

                                            Case No. 1:22-cr-00125

ROY CHARLES ESSIX, JR.,

      Defendant.

_____/

## ORDER

Defendant appeared before me on November 10, 2022, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on November 10, 2022.

                                     /s/ Phillip J. Green
                                    PHILLIP J. GREEN
                                    United States Magistrate Judge